UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JAN BLANTON,

                Plaintiff,

-vs-                                              Case No. 5:04-cv-70-Oc-10GRJ

EXECUTIVE OFFICE FOR UNITED
STATES ATTORNEYS, UNITED STATES
DEPARTMENT OF JUSTICE,

                Defendants.
_____

**O R D E R**

This case is before the Court for consideration of pro se Plaintiff Jan Blanton's "Motion of Objection" (Doc. 16). The motion is construed as an objection under 28 U.S.C. § 636(b)(1)(A) to the Magistrate Judge's order (Doc. 13) granting the Defendants' motion for a one week extension of time to respond to the Plaintiff's amended complaint. Section 636(b)(1)(A) provides that the district court "may reconsider any pretrial matter . . . where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law." Upon an examination of the documents in the file, the Court concludes that the Magistrate Judge's order (Doc. 13) was not clearly erroneous or contrary to law. Accordingly, the Plaintiff's objection is overruled.

        IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 19th day of April, 2005.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             Pro Se Plaintiff